MARY B. BROWN, Appellant, *v.* NORMAN S. WILLARD, Respondent.

Argued November 26, 1951; decided December 7, 1951.

728

*Clarence E. Conley* for appellant.

*William D. Kiley* and *Robert F. McDermott, Jr.,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.